USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

HECTOR VALENCIA AND RICARDO          :
VALENCIA,                            :
                                     :          20-CV-8562 (VEC)
                         Plaintiffs, :
           -against-                 :             ORDER
                                     :
THREE STAR ON FIRST *doing business as* :
THREE STAR DINER, IOANNIS            :
KIRIAKAKIS, GEORGIA I. KIRIAKAKIS,   :
JIMMY KIRIAKAKIS                     :
                                     :
                         Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Court Judge:

WHEREAS Plaintiffs have filed proof of service as to all Defendants, Dkts. 11–14;

WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for

all four Defendants, Dkts. 11–14; and

WHEREAS no Defendant has either appeared or answered;

IT IS HEREBY ORDERED that Plaintiffs must move for an order to show cause why

default judgment should not be entered against all Defendants, in accordance with this Court's

Individual Practices, no later than **Friday, December 11, 2020**.  If Plaintiffs are in negotiations

with any of the Defendants, counsel must inform the Court promptly, or if the parties have

reached a settlement agreement, they must submit the agreement for approval in accordance with

*Cheeks v. Pancake House*, 796 F.3d 199 (2d Cir. 2017).

**SO ORDERED.**

                                         _____

Date:  **November 30, 2020**                   **VALERIE CAPRONI**
       **New York, NY**                        **United States District Judge**