USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
HECTOR VALENCIA AND RICARDO VALENCIA,

                                          Plaintiffs,

-against-

THREE STAR ON FIRST *doing business as* THREE STAR DINER, IOANNIS KIRIAKAKIS, GEORGIA I. KIRIAKAKIS, JIMMY KIRIAKAKIS

                                          Defendants.
------------------------------------------------------------ X

20-CV-8562 (VEC)

ORDER

**VALERIE CAPRONI, United States District Court Judge:**

       WHEREAS Plaintiffs have filed proof of service as to all Defendants, Dkts. 11–14;

       WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all four Defendants, Dkts. 11–14;

       WHEREAS no Defendant has either appeared or answered;

       WHEREAS on November 30, 2020, the Court ordered Plaintiff to move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than Friday, December 11, 2020, Dkt. 15;

       WHEREAS on December 11, 2020, Plaintiff's counsel called and emailed Chambers to inform the Court that he was experiencing internet connectivity issues;

       WHEREAS on December 11, 2020, Plaintiff's counsel managed to post filings on ECF in response to the Court's Order, Dkts. 16–18; and

       WHEREAS the Clerk of Court found each of these filings deficient for various reasons and terminated the Plaintiff's filings;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Wednesday, December 30, 2020**.  The Court encourages Plaintiff not to wait to the last minute, so that any internet connectivity issues or filing deficiencies can be addressed in a timely manner.  Failure to properly meet this deadline may result in the Court entering an Order to Show Cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

**Date:  December 16, 2020**
**         New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**