**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

# William J. Rita
ATTORNEY AT LAW
291 Broadway Suite 1616
New York, NY 10007
(212)-766-1001
Email: Nycbanklaw@aol.com

December 18, 2020

Hon. Judge Valerie E. Caproni
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

VIA ECF

Re: Valencia et al v. Three Star on First et al
Case N. 1:20-cv-08562-VEC

Dear Judge Caproni,

Please accept this correspondence as a request for a Nine-day extension of time of the December 30, 2020 deadline to file the Order to Show Cause why default judgment should not be entered against defendants.

This court previously ordered the above application to be filed no later then December 11, 2020. On December 11, 2020, I filed a request for a default that contained procedural errors that need to be corrected. I also indicated that I was having interactivity issues in my remote office that were hindering compliance.

Thereafter, this Honorable Court directed my office to file the default Order to Show Cause on or before December 30, 2020.

Since that time, this office has continued to have issues with internet interactivity. despite raising the issue with my current provider, the problems persist.

For this reason, I have chosen a new internet service provider who will be installing new connections and equipment over this weekend.

Also, I will be spending time with family over the Christmas Holidays.

So, as not to have any issues making the Default application on a timely basis, I respectfully request that the time for the Default application be extended until no later then January 8, 2021.

There is no prejudice to defendants who have not appeared in this matter.

Thank you for your consideration.

Very truly yours,

WILLIAM J. RITA, ESQ.

cc: Three Star on First, Inc.
    1462 First Avenue
    New York, NY 10075

Application GRANTED.  Plaintiff's deadline to move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, is adjourned to **Friday, January 8, 2021**.  No further extensions.

SO ORDERED.

Date: December 18, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE